UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**UNITED STATES OF AMERICA**

v.

**YORLENYS BETZABETH ZAMBRANO-CONTRERAS,**

**Defendant.**

3:26-cr-00015-SB
3:26-mj- 00006
EP:26-M-00156-ATB (W.D. Texas)

NOTICE OF WAIVER OF VENUE

Yorlenys Betzabeth Zambrano-Contreras, through undersigned counsel files this notice regarding her request that the United States District Court for the Western District of Texas transfer her pending case to this Court. In support of her motion, Ms. Zambrano-Contreras shows the following:

1. On January 9, 2026, Ms. Zambrano-Contreras was arrested on an arrest warrant issued by the Western District of Texas.

2. On January 16, 2026, she appeared before a magistrate judge in this court.

3. Ms. Zambrano-Contreras now wishes to waive venue in her case and proceed in the District of Oregon.

4. Undersigned counsel has been informed that – although not required by the rules – the assigned Assistant U.S. Attorney in El Paso, Texas has confirmed the U.S. Attorney's Office in Oregon has consented to this change of venue.

**Notice of Waiver of Venue**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Page 1**

5. Ms. Zambrano-Contreras has filed the requisite in notice and waiver of venue under Federal Rule of Criminal Procedure 58 in the Western District of Texas, El Paso Division. *See* Ex. 1.

6. In addition, Ms. Zambrano-Contreras, pursuant to Rule 58, consents to proceed by magistrate before the United States District Court for the District of Oregon

Respectfully submitted,

_____
CONOR T. HUSEBY
Counsel for Defendant, Yorlenys Betzabeth Zambrano-Contreras