UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:26-cr-00015-SB |
| v. | INFORMATION |
| YORLENYS BETZABETH ZAMBRANO-CONTRERAS, | 8 U.S.C. §1325(a)(1) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
**(Improper Entry by Alien)**
**(8 U.S.C. §1325(a)(1))**

On or about September 16, 2023, in the Western District of Texas, defendant

**YORLENYS BETZABETH ZAMBRANO-CONTRERAS**, an alien, knowingly entered and attempted to enter the United States at a time and place other than as designated by immigration officers;

In violation of Title 8, United States Code, Section 1325(a)(1).

Dated: January 21, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Thomas H. Edmonds*
THOMAS H. EDMONDS, OSB #902555
Assistant United States Attorney