# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**UNITED STATES OF AMERICA**                              Case No.: 3:26–cr–00015–SB
    Plaintiff,

**v.**

**YORLENYS BETZABETH
ZAMBRANO–CONTRERAS**
    Defendant.

_____

### Criminal Case Assignment Order

**1.**    **Presiding Judge:** The above referenced case has been filed in the Portland Division of the U.S. District Court for the District of Oregon and assigned to:

> Presiding Judge . . . . . . . . . U.S. Magistrate Judge Stacie Beckerman
>
> Presiding Judge's Suffix Code* . . . . . . . . . . . . . . . . . . . . . . . . . . . . SB
>
>     *These letters must follow the case number on all future filings.

**2.**    **Status or Scheduling Questions:** Questions about the status or scheduling of this case should be directed to the judge's courtroom deputy clerk at:

    Telephone:  503–326–8022
    Email:  beckerman_crd@ord.uscourts.gov

**3.**    **Filing or Docket Entry Questions:** For questions about filings or docket entries in this case call 503–326–8050 to speak to the case administrator.

**4.**    **Place of Filing:** Any paper filings must be submitted to the Clerk of Court, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204. (*See* LR 3–1, LR 5–5.)

**5.**    **District Court Website:** Information about local rules of practice, CM/ECF electronic filing requirements, responsibility to redact personal identifiers from filings, and other related information can be found on the Court's website at ord.uscourts.gov.

**DATED:  January 22, 2026**                    **MELISSA AUBIN**
                                        **Clerk of Court**

                         by:  /s/ S. Behrends_____
                               S. Behrends, Deputy Clerk