AO 442 (Rev. 10/17 PDX) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF OREGON

United States of America
v.

Yorlenys Betzabeth Zambrano-Contreras
*Defendant*

)
)
)
)
)
)
)

Case No.    3:26CR00015-1 SB

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Yorlenys Betzabeth Zambrano-Contreras                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☒ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows: *See attached "Petition for Warrant"*

Date:  _May 5, 2026_

City and state:  _Portland, OR_

_Issuing officer's signature_

_Stacie F. Beckerman, U.S. Magistrate Judge_
_Printed name and title_

| Return |
|---|
| This warrant was received on *(date)* _____,  and the person was arrested on *(date)* _____ |
| at *(city and state)* _____. |
| |
| Date:_____        _____ |
| _Arresting officer's signature_ |
| _____ |
| _Printed name and title_ |